SEALED MATERIAL

FILED
DEC 27 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY ___mm___ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11mj1977

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | (UNDER SEAL) |
| BRANDON LASHON INGRAM | ) | |
| a/k/a "Brandon Lashun Ingram", | ) | |
| a/k/a "Little B", and a/k/a "B" | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Complaint and Affidavit in Support of the Warrant for Arrest in the above-referenced matter, the Motion to Seal, and this Order be sealed by the Clerk until further order by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney and the Fuquay-Varina Police Department.

This 27th day of December, 2011.

JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE